UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES JOSEPH MARSHALL                                                              PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 1:08CV1387-RHW

DAVID ALLISON et al                                                                  DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' [65] Motion to Dismiss or for Summary Judgment is GRANTED and that the Plaintiff's claims against the Defendants are DISMISSED with prejudice.

SO ORDERED, this the 11th day of February, 2011.

*s/ Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE